# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 19, 2007

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff-Appellee,<br><br>No. 06-3070       v.<br><br>ALFONSO OCAMPO,<br>   Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 05 CR 729<br>]<br>] Milton I. Shadur,<br>]  Judge. |

   Upon consideration of the **MOTION FOR CORRECTION**, filed on
July 2, 2007, by counsel for the appellant,

   **IT IS ORDERED** that the motion is **GRANTED**.  This court's final order
dated June 27, 2007 is **AMENDED** on page two, paragraph one, line one, to change
"Ocampo sold two kilograms of cocaine" to "Ocampo sold one kilogram of cocaine."